IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SOMAIAH ANANTHULA,

Plaintiff,

vs.

JOSEPH EDLOW, Director, U.S. Citizenship
and Immigration Services;

Defendant.

4:26CV3021

ORDER OF DISMISSAL

This matter comes before the Court on the plaintiff's Notice of Voluntary Dismissal (Filing No. 18). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed without prejudice. Furthermore, pending motions to dismiss (Filing No. 9; Filing No. 14) are denied as moot.

Dated this 17th day of June, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge